NUMBER
13-05-093-CV

 

                                 COURT OF APPEALS

 

                     THIRTEENTH DISTRICT OF TEXAS

 

                         CORPUS CHRISTI - EDINBURG


_______________________________________________________

 

PROGRESSIVE COUNTY MUTUAL 

INSURANCE COMPANY,                                                Appellant,

 

                                                             v.

 

 

ROBERT G. NETTLES, INDIVIDUALLY 

AND AS ADMINISTRATOR OF THE ESTATE 

OF HELEN NETTLES, DECEASED,

STEPHEN NETTLES & KAREN MENARD,                   Appellees.

_______________________________________________________

 

                            On appeal from the 157th  District Court

                                          of Harris County, Texas.

_______________________________________________________

 

                              MEMORANDUM OPINION

 

                          Before
Justices Castillo, Garza, and Wittig[1]


                                 Memorandum
Opinion Per Curiam

 








Appellant, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, perfected an appeal
from a judgment entered by the 157th District Court of Harris County, Texas, in cause number 2001-59368.  After the record and briefs were filed and
after the cause was submitted to the Court, appellant filed an agreed motion to
dismiss the appeal.  In the motion,
appellant states that this case has been resolved and the agreed settlement has
now been consummated.  Appellant requests
that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s agreed motion to dismiss the appeal, is
of the opinion that the motion should be granted.  Appellant=s agreed motion to dismiss is granted, and
the appeal is hereby DISMISSED.

 

PER CURIAM

Memorandum
Opinion delivered and 

filed this the 15th day of June, 2006.

 











[1]  Retired Fourteenth Court of Appeals Justice
Don Wittig, assigned to this Court by the Chief Justice of the Supreme Court of
Texas pursuant to the government code.  See
Tex. Gov=t Code
Ann. ' 74.003 (Vernon 2005).